IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TERRANCE HOLLIDAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:23-CV-01158 |
| ALLSTATE BK REAL ESTATE HOLDINGS, LTD. and ) | |
| HOUSTON FOODS, INC., ) | |
| ) | |
| Defendants. ) | |

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Plaintiff, TERRANCE HOLLIDAY and Defendants, ALLSTATE BK REAL ESTATE HOLDINGS, LTD. and HOUSTON FOODS, INC., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendants and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 1st day of August, 2023.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/ *Douglas S. Schapiro*
Douglas S. Schapiro, Esq.
State Bar No. 54538FL
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Attorney for Plaintiff

        */s/  Stephen J. Roppolo*
        Stephen J. Roppolo, Esq.
        Southern District of Texas ID No.  00797939
        Fisher & Phillips LLP
        910 Louisiana Street, Suite 4000
        Houston, TX  77002
        Tel:  713-292-0150
        Email:  sroppolo@fisherphillips.com

        Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of August, 2023, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

        /s/  Douglas S. Schapiro
        Douglas S. Schapiro
        State Bar No. 54538FL