United States District Court
Southern District of Texas
**ENTERED**
August 06, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **TERRANCE HOLLIDAY,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-01158 |
| | § | |
| **ALLSTATE BK REAL ESTATE HOLDINGS, LTD.,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

On June 9, 2023, Parties filed a joint stipulation of dismissal with prejudice. The case is therefore **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 4th of August, 2023.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE